# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br>　　　　Plaintiff,<br>　　v.<br>FARM BUREAU MARKET, INC., et al.,<br>　　　　Defendants. | Case No. 19-cv-01482-SK<br><br>**ORDER TO SHOW CAUSE** |

On March 21, 2019, Plaintiff filed a complaint for violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, and the California Disabled Persons Act. (Dkt. 1.) Plaintiff has not filed a proof of service of the summons in this matter, and Defendants have not appeared. After three notices regarding consent or declination to proceed before a magistrate judge, Plaintiff filed a consent on May 21, 2019. (Dkt. 10.) That was the last filing in this action. Plaintiff has not filed a request for entry of default, a request for an extension to the deadlines provided in Docket No. 5, or other notice advising the Court of the status of the action. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than November 22, 2019. Plaintiff is admonished that failure to file a response to this Order to Show Cause by November 22, 2019, will result in a report and recommendation to a district judge that this case be dismissed without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: November 1, 2019

_____
SALLIE KIM
United States Magistrate Judge